UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

OTHELL BICKERSTAFF, and
SHRINK WRAP INTERNATIONAL,
INC., a Pennsylvania corporation,                    Case No. 1:04-CV-712

       Plaintiffs,
v.                                                                        Hon. Richard Alan Enslen

DR. SHRINK, INC., a Michigan
corporation, and MICHAEL
STENBERG,
                                                                          **ORDER**
       Defendants.
_____/

This matter is before the Court on Defendants Dr. Shrink, Inc. and Michael Stenberg's Motion for Reconsideration of the Order of October 13, 2005 denying their Motion for Summary Judgment. Oral argument or further briefing is unnecessary.

Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof." Defendants' Motion fails to meet this standard. Defendants are not entitled to summary judgment for the reasons articulated in the Court's Order of October 13, 2005 and Plaintiffs' Response to the Motion for Summary Judgment.

**THEREFORE, IT IS HEREBY ORDERED** that Defendants Dr. Shrink, Inc. and Michael Stenberg's Motion for Reconsideration (Dkt. No. 61) is **DENIED**.

                                             /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
   November 3, 2005              SENIOR UNITED STATES DISTRICT JUDGE