UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OTHELL BICKERSTAFF, et al,

    PlaintiffS,

v.

    CIVIL ACTION NO.  1:04-cv-712

    HONORABLE AVERN COHN

DR. SHRINK, INC., et al

    Defendants.
_____/

## ORDER VACATING ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION (D/E 62)

On April 17, 2007 the Court held a status conference with the parties. The Court is vacating the Order Denying Defendants' Motion for Reconsideration (D/E 62). The Plaintiffs shall file a response to the motion (D/E 61) within fifteen days.

**SO ORDERED.**

Dated:  April 17, 2007          s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 17, 2007, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160